# EXHIBIT 13



April 16, 2026

FOIA/PA Mail Referral Unit
Department of Justice
Room 115
LOC Building
Washington, DC 20530-0001
MRUFOIA.Requests@usdoj.gov
*Submitted by e-mail*

Bureau of Alcohol, Tobacco, Firearms and Explosives
Information Privacy and Governance (IPG) Division
Room 4E.301
99 New York Avenue, NE
Washington, DC 20226
*Submitted by electronic portal*

Drug Enforcement Administration
Freedom of Information and Privacy Act Unit
Attn: Intake Sub-Unit
8701 Morrissette Drive
Springfield, Virginia 22152
DEA.FOIA@dea.gov
*Submitted by e-mail*

Federal Bureau of Investigation
Attn: Initial Processing Operations Unit
Record/Information Dissemination Section
200 Constitution Drive
Winchester, VA 22602
*Submitted by electronic portal*

United States Marshals Service
Office of the General Counsel
Freedom of Information Act Unit
CG-3, 15th Floor
Washington, DC 20530-0001
*Submitted by electronic portal*

Re:    Request for Records Related to Homeland Security Task Forces

To Whom It May Concern:

This is a request under the Freedom of Information Act, 5 U.S.C. § 552, to the U.S.
Department of Justice ("DOJ") from the NAACP Legal Defense and Educational Fund,
Inc. ("LDF"). Please direct this request to the following offices and components within
DOJ:



- *DOJ Civil Rights Division;*
- *DOJ National Security Division;*
- *DOJ Office of the Associate Attorney General;*
- *DOJ Office of the Attorney General*;
- *DOJ Office of the Deputy Attorney General*;
- Office of Field Operations, Office of Intelligence Operations, and the Operations Group of the *Bureau of Alcohol, Tobacco, Firearms, and Explosives*;
- Inspection Division, Intelligence Division, and Operations Division of the *Drug Enforcement Administration*;
- Office of the Director, Office of the Deputy Director, National Security Branch, Criminal Investigative Division, Office of Law Enforcement Coordination, Albany Field Office, Atlanta Field Office, Baltimore Field Office, Buffalo Field Office, New York Field Office, and Washington Field Office of the *Federal Bureau of Investigation*; and
- Office of the Director, Office of the Deputy Director, Office of the Associate Director for Operations, and the district offices for the D.C. District Court, Northern District of Georgia, District of Maryland, Eastern District of New York, and Southern District of New York of the *U.S. Marshals Service*.

### A.  *Request for Information*

On January 20, 2025, the President issued Executive Order 14159, which created "homeland security task forces" (also known as "HSTFs") at the U.S. Department of Justice and U.S. Department of Homeland Security. LDF requests the following specific categories of records related to the implementation of executive order 14159 and the homeland security task forces:

1. Policy documentation, such as directives, instructions, standard operating procedures, or policy manuals;
2. Concepts of operations (CONOPS) and operations proposals (OPSPROs);
3. Contracts or agreements between an entity of DOJ and a private sector or academic entity for technology, services, or data used in developing or operating an HSTF or implementing executive order 14159;
4. Memoranda of understanding or agreement between an entity of DOJ and any other federal, state, local, tribal, or territorial government agency for operations, personnel management, or support related to an HSTF;
5. Any impact assessments or policy analyses created by a DOJ entity that advises or enforces policy concerning privacy, civil rights, or civil liberties, including DOJ headquarters elements or those within DOJ component agencies; and
6. Any organizational charts related to personnel or entities assigned to support an HSTF.

LDF also requests decision, policy, or operational memoranda related to the termination of the Organized Crime Drug Enforcement Task Forces ("OCDETF"). LDF seeks records

**LDF** Legal Defense Fund

Advancing racial justice since 1940

created by or in the possession of each listed office or component during the period of October 1, 2025, to the date of production.

B. *Guidance Regarding the Search and Processing of Requested Records*

In connection with this request for records, please observe the following guidance regarding the scope of the records sought and the search and processing of records:

1. Please search all locations and systems likely to have responsive records, regardless of format, medium, or physical characteristics. Please search all locations and systems regardless of format, including email, chat platforms (e.g., Microsoft Teams, Zoom), text messages, shared drives, SharePoint repositories, learning management systems, and records maintained on mobile devices or personal accounts used for official business.

2. In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind.

3. This request for records includes any attachments to those records or other materials enclosed with those records when they were previously transmitted. By way of example only, to the extent that an email is responsive to one of the above requests, this request includes all prior messages sent or received in that email chain, as well as any attachments to the email.

4. Please search all relevant records or systems containing records regarding agency business. Do not exclude records regarding agency business contained in files, email accounts, or devices in the personal custody of your officials, such as personal email accounts or text messages. Records of official business conducted using unofficial systems or stored outside of official files are subject to the Federal Records Act and FOIA. It is not adequate to rely on policies and procedures that require officials to move such information to official systems within a certain period of time. LDF has a right to records contained in those files even if material has not yet been moved to official systems or if officials have, by intent or through negligence, failed to meet their obligations.

5. Please use all tools available to your agency to conduct a complete and efficient search for potentially responsive records. Agencies are subject to governmentwide requirements to manage agency information electronically, and many agencies have adopted the National Archives and Records Administration (NARA) Capstone program, or similar policies. These systems provide options for searching emails and other electronic records in a manner that is reasonably likely to be more complete than just searching individual custodian files. By way of example only, a custodian may have deleted a responsive email from his or her email program, but your agency's archiving tools may capture that email under Capstone. At the same time, custodian searches are still necessary; agencies may not have direct access to files stored

in .PST files, outside of network drives, in paper format, or in personal email accounts.

6.  In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. If a request is denied in whole, please state specifically why it is not reasonable to segregate portions of the record for release.

7.  Please take appropriate steps to ensure that records responsive to this request are not deleted by the agency before the completion of processing for this request. If records potentially responsive to this request are likely to be located on systems where they are subject to potential deletion, including on a scheduled basis, please take steps to prevent that deletion, including, as appropriate, by instituting a litigation hold on those records.

### C. *Format of Production*

Please search for responsive records regardless of format, medium, or physical characteristics, and including electronic records. Please Bates-stamp all records upon their first production. Please provide the requested records **via email to jpprecordsrequest@naacpldf.org** formatted as follows:

- PDF for text files and original native format (e.g., Excel spreadsheet) for data records;
- All attachments to emails included immediately following the produced email;
- Without password protection;
- Electronically searchable; and
- Including any metadata, BCC lines in emails, and hidden fields.

### D. *Fee Waiver*

LDF is a non-profit organization with a decades-long history of providing our large audience with information related to government accountability, civil rights, and human rights. LDF has no commercial interest in any material we obtain.

LDF is entitled to a fee waiver pursuant to 5 U.S.C. § 552(a)(4)(A)(iii) on the grounds that "disclosure of the requested records is in the public interest because it is likely to contribute significantly to the public understanding of the activities or operations of the government and is not primarily in the commercial interest of the requester." LDF meets the requirements for a fee waiver because the subject of the request concerns the operations or activities of the government.

HSTFs represent a new method of federal, state, and local collaboration following on the legacy of joint terrorism task forces and fusion centers, which have presented serious

risks to safety, rights, and privacy.[1] Yet little if anything is known about how HSTFs operate. The disclosure of the requested information is likely to contribute to a significant public understanding of government operations that target constitutionally protected activity, LDF's primary interest is in disclosure to the public and impacted communities, and as a non-profit organization dedicated to educating the public about government impact on civil rights, LDF has no commercial interest in the information. See 6 C.F.R. § 5.11(b).

LDF will make information that it receives from this FOIA request available to the public, including the press, at no cost. Disclosure in this case, therefore, meets the statutory criteria, and a fee waiver would fulfill Congress' legislative intent in amending FOIA. See *Judicial Watch Inc. v. Rossotti,* 326 F.3d 1309,1312 (D.C. Cir. 2003) ("Congress amended FOIA to ensure that it be 'liberally construed in favor of waivers of noncommercial requesters.'") (citing *McClellan Ecological Seepage Situation v. Carlucci,* 835 F.2d 1282, 1284 (9th Cir. 1987)).

In the alternative, if no fee waiver is granted and the fees exceed $250.00, please contact LDF to obtain consent to incur additional fees. Processing fees should be limited pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) ("[F]ees shall be limited to reasonable standard charges for document duplication when records are not sought for commercial use and the request is made by . . . a representative of the news media.").

LDF asks for a full waiver of any fees associated with the processing and production of records related to this request if electronic copies of responsive records are not available. If a full fee waiver is not possible, we request a discounted rate.

### E. *Request for Expedited Processing*

LDF requires expedited processing of this request because there is a "compelling need" for the public to have the requested information. *See* 5 U.S.C. § 552(a)(6)(E)(i)(I). A "compelling need" exists where there is an "urgency to inform the public concerning actual or alleged Federal Government activity," and the requesting party is "primarily engaged in disseminating information." 6 C.F.R. § 5.5(e)(ii).

Urgency is required in understanding the operations of HSTFs with their activities ramping up over the last year, including in major metropolitan areas with large Black

---

[1] For discussion of these other entities, see Mike German, Rachel Levinson-Waldman, and Kaylana Mueller-Hsia, *Ending Fusion Center Abuses*, Brennan Center for Justice (Dec. 15, 2022), https://www.brennancenter.org/our-work/policy-solutions/ending-fusion-center-abuses; Asian Law Caucus, *Why Oakland Cut Its Ties with a Racist FBI Program* (June 8, 2022), https://www.asianlawcaucus.org/news-resources/perspectives/why-oakland-cut-ties-with-jttf.



communities, like Baltimore, MD,[2] and New York, NY.[3] Rectifying that lack of transparency is key. Disclosure of the requested records will likely contribute to a better understanding of relevant government policies and procedures by the general public in a significant way.

To meet this urgent need, LDF intends to use these records to help the public understand government activities and the impact on their rights. Accordingly, expedited processing is necessary.

### F. Conclusion

FOIA requires an agency to respond to FOIA requests within 20 business days upon receipt of the request. 5 U.S.C. § 552 (a)(6)(A)(i). We look forward to your prompt response in compliance with the law.

LDF certifies that the above information is true and correct to the best of LDF's knowledge. If this Request is denied in whole or in part, LDF asks that DOJ justify all deletions by reference to specific exemptions of FOIA. LDF expects DOJ to release all segregable portions of otherwise exempt material. Additionally, LDF reserves the right to appeal a decision to withhold any records or a decision to deny this application for expedited processing and fee waiver.

Please send all responses and correspondence via email to: Spencer Reynolds at **jpprecordsrequest@naacpldf.org**. Thank you in advance for your prompt attention to this request.


Respectfully submitted,


Spencer Reynolds
Senior Counsel, Justice in Public Safety Project
NAACP Legal Defense and Educational Fund, Inc. (LDF)

---

[2] U.S. Atty's Office, D.Md., *U.S. Attorney's Office Leveraging Federal, State, Local Partnerships to Help Drive Sharp Decline in Violent Crime Across Maryland* (Jan. 7, 2026), https://www.justice.gov/usao-md/pr/us-attorneys-office-leveraging-federal-state-local-partnerships-help-drive-sharp-decline.
[3] U.S. Atty's Office, S.D.N.Y., *Historic Homeland Security Task Force New York Targets Foreign Terrorists, Cartel Members, and Criminal Organizations with Ties to Big Apple* (Dec. 10, 2025), https://www.justice.gov/usao-sdny/pr/historic-homeland-security-task-force-new-york-targets-foreign-terrorists-cartel.