# EXHIBIT 53

| Request Exh. No. | Date Sent | Request Title | Agency | Agency Components Targeted | Response Status | Related Response Exhibit Nos. |
|---|---|---|---|---|---|---|
| 2 | April 1, 2026 | Request for Documents on the Implementation of a September 2025 Executive Order and National Security Presidential Memorandum-7 | DHS | DHS Office of Biometric Identity Management (OBIM); DHS Office for Civil Rights and Civil Liberties (CRCL); DHS Office of Homeland Security Situational Awareness; DHS Office of Intelligence and Analysis (I&A); DHS Office of Strategy, Policy, and Plans; DHS Privacy Office; Federal Protective Service (FPS); CISA – Infrastructure Security Division, National Risk Management Center, Office of Bombing Prevention; USCIS – Office of the Director, Fraud Detection and National Security Directorate; ICE – Office of the Director, Homeland Security Investigations (HSI); CBP – Office of the Commissioner, National Targeting Center, National Vetting Center, Office of Intelligence, Office of Professional Responsibility, U.S. Border Patrol; U.S. Secret Service – National Threat Assessment Center, Office of Protective Operations, Office of Strategic Intelligence and Information, Protective Intelligence and Assessment Division | Response(s) received (see related exhibits) | 14, 15, 16, 17, 18 |
| 3 | April 1, 2026 | Request for Records Related to the Office of Intelligence and Analysis's 2025 'Policy Manual' | DHS | DHS Privacy Office (for I&A records) | Response(s) received (see related exhibits) | 19, 20 |
| 4 | April 2, 2026 | Request for Records Related to Purported DHS Domestic Watchlists | DHS | DHS CRCL; DHS Office of Homeland Security Situational Awareness; DHS I&A; DHS Privacy Office; FPS; ICE – Office of the Director, HSI; CBP – Office of the Commissioner, National Targeting Center, National Vetting Center, Office of Intelligence, Office of Professional Responsibility, U.S. Border Patrol | Response(s) received (see related exhibits) | 21, 22 |
| 5 | April 2, 2026 | Request for Records Related to Certain DHS Uses of Artificial Intelligence | DHS | DHS OBIM; DHS Office of the Chief Information Officer (OCIO); DHS Office of Procurement Operations; DHS Privacy Office; USCIS; CBP; ICE | Response(s) received (see related exhibits) | 23, 24 |
| 6 | April 2, 2026 | Request for Records Related to Undisclosed DHS Uses of Artificial Intelligence | DHS | DHS OCIO; DHS I&A; DHS Office of Procurement Operations; DHS Privacy Office; USCIS; U.S. Coast Guard; CBP; ICE | Response(s) received (see related exhibits) | 25, 26 |
| 7 | April 2, 2026 | Request for Records Related to Homeland Security Task Forces | DHS | DHS CRCL; DHS Office of Homeland Security Situational Awareness; DHS I&A; DHS Office of Strategy, Policy, and Plans; DHS Privacy Office; FPS; USCIS – Office of the Director, Fraud Detection and National Security Directorate; CBP – Office of the Commissioner, National Targeting Center, Office of Field Operations, Office of Intelligence, Office of Professional Responsibility, U.S. Border Patrol; ICE – Office of the Director, Enforcement and Removal Operations, HSI, Office of Professional Responsibility | Response(s) received (see related exhibits) | 27, 28 |
| 8 | April 2, 2026 | Request for Records Related to Procurements by the Office of Selective Acquisitions | DHS | Office of Selective Acquisitions (a component of the Office of Procurement Operations within the DHS Management Directorate) | No response received as of filing | — |
| 9 | April 2, 2026 | Request for Records Related to Data Mining Reports | DHS | DHS Privacy Office | No response received as of filing | — |
| 10 | April 2, 2026 | Request for Records Related to Privacy Threshold Analyses | DHS | DHS Office of Homeland Security Situational Awareness; DHS I&A; DHS Privacy Office; DHS Science and Technology Directorate; USCIS; ICE; CBP; U.S. Secret Service | Response(s) received (see related exhibits) | 29, 30, 31, 32 |
| 11 | April 2, 2026 | Request for Records Related to Certain DHS Program Evaluations | DHS | DHS Evaluation Officer (and subordinate staff) | Response(s) received (see related exhibits) | 33 |
| 12 | April 16, 2026 | Request for Documents on the Implementation of a September 2025 Executive Order and National Security Presidential Memorandum-7 | DOJ | DOJ Civil Rights Division; National Security Division (NSD); Office of the Associate Attorney General; Office of the Attorney General; Office of the Deputy Attorney General; specified components of ATF and DEA; specified headquarters and field offices of the FBI | Response(s) received (see related exhibits) | 34, 35, 36, 37, 38, 39, 40, 41 |
| 13 | April 16, 2026 | Request for Records Related to Homeland Security Task Forces | DOJ | DOJ Civil Rights Division; NSD; Office of the Associate Attorney General; Office of the Attorney General; Office of the Deputy Attorney General; specified components of ATF and DEA; specified FBI offices and field offices; specified offices and district offices of the U.S. Marshals Service (USMS) | Response(s) received (see related exhibits) | 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52 |

| Response Exh. No. | Related Request Exh. No. | Response Date | Responding Agency / Component | Tracking / File Number | Expedited Processing | Fee Waiver | Extension / Unusual Circumstances Invoked |
|---|---|---|---|---|---|---|---|
| 14 | 2 | April 1, 2026 | U.S. Secret Service (DHS) | 2026-USSSFOIA-00874 | Not addressed | Not addressed | No |
| 15 | 2 | May 21, 2026 | U.S. Secret Service (DHS) | 2026-USSSFOIA-00874 | Denied | Held in abeyance | Yes (10-day) |
| 16 | 2 | April 30, 2026 | CBP (DHS) | CBP-FO-2026-082613 | Not addressed | Not addressed | Yes (10-day) |
| 17 | 2 | May 6, 2026 | USCIS (DHS) | COW2026003847 | Not addressed | Granted | Yes (10-day) |
| 18 | 2 | May 7, 2026 | CISA (DHS) | 2026-NPFO-00352 | Not addressed | Conditionally Granted | Yes (10-day) |
| 19 | 3 | May 1, 2026 | DHS Headquarters | 2026-HQFO-02237 | Not addressed | Not addressed | No |
| 20 | 3 | May 28, 2026 | DHS Headquarters | 2026-HQFO-02237 | Not addressed | Not addressed | No |
| 21 | 4 | May 8, 2026 | Federal Protective Service – FPS (DHS) | 2026-FPFO-00283 | Denied | Conditionally Granted | Yes (10-day) |
| 22 | 4 | April 30, 2026 | CBP (DHS) | CBP-FO-2026-083363 | Not addressed | Not addressed | Yes (10-day) |
| 23 | 5 | June 16, 2026 | DHS Privacy Office | 2026-HQFO-02261 | Not addressed | Not addressed | No |
| 24 | 5 | June 16, 2026 | U.S. Secret Service (DHS) | 2026-USSSFOIA-01355 | Denied | Held in abeyance | Yes (10-day) |
| 25 | 6 | May 1, 2026 | DHS Headquarters (Privacy Office) | 2026-HQFO-02260 | Not addressed | Not addressed | No |
| 26 | 6 | May 11, 2026 | USCIS (DHS) | COW2026003927 | Denied | Granted | Yes (10-day) |
| 27 | 7 | May 8, 2026 | Federal Protective Service – FPS (DHS) | 2026-FPFO-00284 | Denied | Conditionally Granted | Yes (10-day) |
| 28 | 7 | May 11, 2026 | USCIS (DHS) | COW2026003921 | Denied | Granted | Yes (10-day) |
| 29 | 10 | April 2, 2026 | U.S. Secret Service (DHS) | 2026-USSSFOIA-00878 | Not addressed | Not addressed | No |
| 30 | 10 | May 18, 2026 | U.S. Secret Service (DHS) | 2026-USSSFOIA-00878 | Not addressed | Not addressed | No |
| 31 | 10 | April 30, 2026 | CBP (DHS) | CBP-FO-2026-083378 | Not addressed | Not addressed | No |
| 32 | 10 | June 16, 2026 | DHS Privacy Office | 2026-HQFO-02254 | Not addressed | Not addressed | No |
| 33 | 11 | May 1, 2026 | DHS Headquarters | 2026-HQFO-02256 | Not addressed | Not addressed | No |
| 34 | 12 | April 27, 2026 | FBI (DOJ) | FOIPA Request No. 1733639-000 | Not addressed | Under consideration | No |
| 35 | 12 | April 27, 2026 | FBI (DOJ) | FOIPA Request No. 1733639-000 | Denied | Not addressed | No |
| 36 | 12 | April 20, 2026 | DOJ Mail Referral Unit (MRU) | EMRUFOIA041426-3 | Not addressed | Not addressed | No |
| 37 | 12 | April 21, 2026 | DOJ Office of Information Policy (OIP) | FOIA-2026-02882 | Denied | Not addressed | Yes (10-day) |
| 38 | 12 | April 21, 2026 | ATF (DOJ) | 2026-01378 | Not addressed | Not addressed | Yes (10-day) |
| 39 | 12 | April 24, 2026 | ATF (DOJ) | 2026-01378 | Denied | Not addressed | No |
| 40 | 12 | May 1, 2026 | DOJ National Security Division (NSD) | NSD FOIA/PA No. 26-202 | Denied | Not addressed | No |
| 41 | 12 | May 21, 2026 | DEA (DOJ) | 26-04962-F | Not addressed | Not addressed | No |
| 42 | 13 | April 20, 2026 | U.S. Marshals Service (USMS) (DOJ) | 2026-USMS-001412 | Not addressed | Not addressed | Yes (10-day) |
| 43 | 13 | May 21, 2026 | U.S. Marshals Service (USMS) (DOJ) | 2026-USMS-001412 | Denied | Denied | No |
| 44 | 13 | April 20, 2026 | DOJ Mail Referral Unit (MRU) | EMRUFOIA041626-1 | Not addressed | Not addressed | No |
| 45 | 13 | April 21, 2026 | DOJ Office of Information Policy (OIP) | FOIA-2026-02883 | Denied | Not addressed | Yes (10-day) |
| 46 | 13 | April 20, 2026 | ATF (DOJ) | 2026-01379 | Not addressed | Not addressed | Yes (10-day) |
| 47 | 13 | April 23, 2026 | ATF (DOJ) | 2026-01379 | Denied | Not addressed | No |
| 48 | 13 | April 30, 2026 | FBI (DOJ) | FOIPA Request No. 1734023-000 | Not addressed | Under consideration | No |
| 49 | 13 | May 4, 2026 | FBI (DOJ) | FOIPA Request No. 1734023-000 | Denied | Not addressed | No |
| 50 | 13 | May 1, 2026 | DOJ National Security Division (NSD) | NSD FOIA/PA No. 26-203 | Denied | Not addressed | No |
| 51 | 13 | May 14, 2026 | DOJ Civil Rights Division | 26-00400-F | Denied | Not addressed | No |
| 52 | 13 | May 21, 2026 | DEA (DOJ) | 26-04963-F | Not addressed | Not addressed | No |