**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 19, 2026

**BY ECF**
The Honorable John P. Cronan
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *NAACP Legal Defense & Educational Fund, Inc. v. United States Department of Homeland Security, et al.*, No. 26 Civ. 05139 (JPC)

Dear Judge Cronan:

This Office represents the defendants (the "Government") in the above-referenced Freedom of Information Act ("FOIA") case. I write respectfully to request a four-week extension of time, from August 21, 2026, to September 18, 2026, for the Government to respond to the complaint.

The Government's deadline to respond to the complaint is currently August 21, 2026. *See* ECF No. 13. The complaint involves several different FOIA requests directed to numerous different components of the United States Department of Homeland Security and the United States Department of Justice. *See* Complaint ¶ 36 & Exhibit 1 (listing over 30 agency offices and components against which Plaintiff is seeking relief). Due to the press of business on other matters in recent weeks, the Government requires additional time to coordinate with the relevant agencies and components, given both the broad scope of the requests and the number of separate agencies and components involved. This coordination will likely require additional time in the weeks around Labor Day. The Government therefore respectfully requests that the Court extend the Government's time to respond to the complaint by four weeks, to September 18, 2026. The Government does not anticipate that this requested extension will have any impact on the timing of the Government's responses to the FOIA requests at issue. This is the Government's second request for an extension of its time to respond to the complaint; the Court granted the Government's prior request. ECF No. 13.

Plaintiff NAACP Legal Defense & Educational Fund, Inc. ("LDF") consents to a two-week extension (but not the full requested four-week extension) of this deadline and has asked the Government to include the following statement in its application: "LDF already agreed to adjourn the Government's time to Answer by four weeks. Given that the Government has yet to produce any material responsive to LDF's FOIA requests, which were first served in April, 2026, and that LDF has previously agreed to an adjournment, LDF consents to an additional two-week, but not four-week, adjournment for the Government's Answer. Please note that LDF has given this consent on the condition that the Government not use it (or its consent to the previous adjournment) as a basis for any argument opposing LDF's request for expedited processing."

I thank the Court for its consideration of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: */s/ Mollie Kornreich*

MOLLIE KORNREICH
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-3274
mollie.kornreich@usdoj.gov