UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.,

Plaintiff,

-v-

UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES DEPARTMENT OF JUSTICE,

Defendants.

---

26 Civ. 5139 (JPC)

<u>ORDER</u>

JOHN P. CRONAN, United States District Judge:

This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. By September 28, 2026, the parties shall submit a joint letter, not to exceed three pages, providing (1) a brief description of the materials sought by Plaintiff, the basis for seeking the materials, and the status of any productions already made; (2) a brief description of any claimed exemptions from production by Defendant; (3) an anticipated timeline for production of further materials; and (4) whether there is any need for discovery or an initial conference in this case. If there is no such need for discovery or an initial conference, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated: September 14, 2026
New York, New York

JOHN P. CRONAN
United States District Judge