Shinder • Cantor • Lerner

14 Penn Plaza, 19th Floor
New York, NY 10122
matthew@scl-llp.com

T 646.960.86xx
F 646.960.8625
www.scl-llp.com

**BY ECF**
The Honorable John P. Cronan
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re: *NAACP Legal Defense & Educational Fund, Inc. v. United States Department of Homeland Security, et al.*, No. 26 Civ. 05139 (JPC)

Dear Judge Cronan:

We represent Plaintiff NAACP Legal Defense & Educational Fund, Inc. ("LDF") in the above-referenced Freedom of Information Act ("FOIA") case. Per the Court's September 29, 2026 Order, LDF and the Government hereby update the Court on the status of the matter, and whether a conference would be necessary or helpful. *See* ECF No. 20.

Since the Parties filed their joint September 28, 2026 status letter to the Court, they have continued to meet and confer over the timing and rate of the Government's search for, processing, and release of non-exempt material responsive to LDF's FOIA requests, and the Parties have reached agreements relating to certain agency components on these points. Below, we set forth the agreements reached to date and, where no agreement has been reached, the parties' respective positions. The Government has not yet made any releases to LDF related to this matter or asserted that any responsive material is exempt from production.

The Parties do not believe any dispute is ripe at this time, and, therefore, do not believe that a conference is necessary. Instead, the parties propose that they submit a status report on December 2, 2026, and, if any dispute ripens before then, a party may submit a pre-motion letter.

<u>The Department of Homeland Security ("DHS"):</u> DHS states that it is searching for potentially responsive records and anticipates making its first release of any non-exempt, responsive materials around November 9, 2026. Following that, DHS anticipates being able to process 500 pages a month, with release of any non-exempt materials every four to six weeks. LDF believes this proposed release schedule is inadequate and does not comport with the DHS's statutory obligations. LDF has proposed that DHS process 500 pages per month *per DHS custodian* identified in footnote 1 of the September 28 status letter.[1] The parties continue to meet and confer.

[1] The relevant custodians are the DHS Office of Biometric Identity Management, DHS Office for Civil Rights and Civil Liberties, DHS Office of Homeland Security Situational Awareness, DHS Office of Intelligence and Analysis, DHS Office of Strategy, Policy, and Plans, DHS Office of the Chief Information Officer, DHS Office of Procurement Operations, DHS Privacy Office, DHS Science and Technology Directorate, Office of the DHS Evaluation Officer, Federal Protective Service ("FPS"), and the Infrastructure Security Division, National Risk Management Center, and Office of Bombing Prevention of the Cybersecurity and Infrastructure Security Agency.

Shinder • Cantor • Lerner

14 Penn Plaza, 19th Floor
New York, NY 10122
matthew@scl-llp.com

T 646.960.86xx
F 646.960.8625
www.scl-llp.com

U.S. Immigration and Customs Enforcement ("ICE"): ICE states that it is searching for potentially responsive records and anticipates making a first release of any non-exempt materials around December 30, 2026, after which it anticipates processing records at a rate of 500 pages per month, with subsequent releases of any non-exempt materials at the end of each month. LDF has proposed that ICE process 1000 pages per month and commit to making a first production of non-exempt materials by December 30, 2026. The parties continue to meet and confer.

Federal Bureau of Investigations ("FBI"): FBI states that it has conducted a search for potentially responsive records, that it anticipates making an initial release of any non-exempt responsive materials around December 30, 2026, and that it will subsequently process 250 pages per month. LDF proposes that the FBI commit to making an initial production of non-exempt, responsive records on December 30, 2026, and that subsequent processing occur at a rate of 500 pages of responsive materials per month. The parties continue to meet and confer on these issues.

U.S. Citizenship and Immigration Services ("USCIS"): USCIS states that it has located records that are potentially responsive to LDF's FOIA request that is Exhibit No. 2 to the Complaint and anticipates that any non-exempt, responsive records will be released by November 23, 2026; USCIS has also located records potentially responsive to Exhibit No. 7 to the Complaint that require consultation with DHS and/or DOJ; USCIS has informed LDF that the request that is Exhibit No. 10 to the Complaint is improper; and USCIS has not located records responsive to the requests that are Exhibits Nos. 5 and 6 to the Complaint. LDF does not object to USCIS's planned timing for release of responsive records.

DOJ Civil Rights Division ("CRT"): CRT states it is conducting a search for records potentially responsive to the FOIA request that is Complaint Exhibit No. 12 and will provide an update on the status of that search by October 30, 2026. CRT further states that it has completed its search for records potentially responsive to FOIA request that is Complaint Exhibit No. 13 and did not locate any such records. LDF does not object to the timing of CRT's search plan.

Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"): ATF states that it anticipates making its first release of any non-exempt responsive materials on or around October 31, 2026, with monthly releases thereafter. ATF anticipates being able to process approximately 500 pages per month. The parties agree on this processing schedule.

The Drug Enforcement Administration ("DEA"): DEA states that, in response to each of the two FOIA requests directed to it, DEA issued a timely letter to Plaintiff explaining that the request did not reasonably describe the records sought and DEA was therefore unable to process it. Plaintiff has not submitted reformulated requests.

The U.S. Marshal Service ("USMS"): USMS has located potentially responsive records that it believes are duplicative of records that FBI is processing in connection with this action. USMS is therefore not processing those records. USMS has also located an additional 16 pages of potentially responsive records, which have been processed by USMS. Ten of these pages will be referred to DHS for further processing and release by DHS as appropriate, while the remaining six

Shinder • Cantor • Lerner

14 Penn Plaza, 19th Floor
New York, NY 10122
matthew@scl-llp.com

T 646.960.86xx
F 646.960.8625
www.scl-llp.com

pages are undergoing internal review. USMS had previously anticipated that any nonexempt, responsive material in these pages would be released by October 30, 2026, but now anticipates release of such material by November 13, 2026. LDF learned about the new production date today.

U.S. Customs and Border Protection ("CBP"): CBP states that it anticipates completing its searches for potentially responsive records by October 31, 2026, and it will make an initial release of any responsive, non-exempt materials by December 2, 2026. Following that, CBP anticipates processing 500 pages of potentially responsive, non-exempt materials per month, with subsequent releases of any responsive, non-exempt records on the 2nd of each month. LDF has proposed that CBP commit to processing a minimum of 500 pages per month of responsive materials. The parties are continuing to meet and confer on this point.

U.S. Secret Service ("USSS"): USSS states that it has conducted a search for potentially responsive records and that it will make an initial release of any non-exempt materials responsive to the FOIA request that is Exhibit No. 5 to the Complaint by December 31, 2026; it has referred records to DHS that are potentially responsive to the FOIA request that is Exhibit No. 10 to the Complaint; and it has completed its search for records potentially responsive to the request that is Exhibit No. 2 to the Complaint and determined that it does not have responsive records. LDF has proposed that USSS commit to processing 500 pages per month of responsive, non-exempt materials after December 31, 2026. The parties continue to meet and confer on this point and anticipated timing for any release of non-exempt, responsive records referred to DHS.

The Associate Attorney General, the Officer of the Attorney General, and the Office of the Deputy Attorney General (DOJ Office of Information Policy ("OIP")): OIP states that its estimated search completion date is November 11, 2026, and, after it completes an initial responsiveness review, it will process materials at a rate of 350 pages per month. LDF believes this production schedule is inadequate and does not comport with the OIP's statutory obligations. LDF has proposed that each of the three DOJ Offices for which OIP is handling processing in response to these FOIA requests process a minimum of 500 pages of responsive materials per month following its initial release of responsive materials. The parties continue to meet and confer on this issue.

DOJ National Security Division ("NSD"): NSD states that it anticipates that its search for potentially responsive records will be complete by November 16, 2026. NSD will then conduct a de-duplication and responsiveness review, after which it anticipates processing responsive records at a rate of 100 pages per month. LDF has proposed that NSD commit to making its first release of non-exempt, responsive documents by December 9, 2026, and thereafter commit to processing a minimum of 250 pages of responsive materials per month. NSD cannot commit to a deadline for its first release, as it is still in the process of conducting its search, but it will endeavor to provide a completion date for its de-duplication and responsiveness review within two weeks of completion of its search. The parties will continue to meet and confer on these issues.

U.S. Coast Guard ("USCG"): Prior to the last status letter, USCG completed its search and determined that it does not have any records responsive to the FOIA Request directed to it.

Shinder • Cantor • Lerner

14 Penn Plaza, 19th Floor
New York, NY 10122
matthew@scl-llp.com

T 646.960.86xx
F 646.960.8625
www.scl-llp.com

We thank the Court for its attention to this matter.

Respectfully,

/s/ *Matthew L. Cantor*____________

Matthew L. Cantor
**SHINDER CANTOR LERNER LLP**
14 Penn Plaza, 19th Floor
New York, NY 10122
Tel.: (646) 960-8601
matthew@scl-llp.com